UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>ACTIVE LIFE APPAREL, INC., dba ACTIVE LIFE APPAREL, a corporation; ANA LOYOLA SALINA, an individual;<br><br>Defendants. | Case No.: 2:23-cv-00541-DSF-MAA<br><br>**CONSENT JUDGMENT AND ORDER** |

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), and Defendants Active Life Apparel, Inc., dba Active Life Apparel, and Ana Loyola Salina ("Defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

A. The Secretary filed a Complaint in the above-captioned proceeding naming Defendants and alleging they violated provisions of sections 7, 11(c), 15(a)(1), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 207, 211(c), 215(a)(1), 215(a)(2), and 215(a)(5).

B. Defendants have retained defense counsel, and acknowledge receipt of a copy of the Secretary's Complaint in this action.

C. Defendants waive issuance and service of process of the Summons and Complaint, and waive their response to the Secretary's Complaint.

D. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

E. The parties agree to waive findings of fact and conclusions of law and agree to the entry of this Consent Judgment without further contest.

F. Defendants agree herein to resolve all allegations of the Secretary's Complaint.

E. Defendant Active Life Apparel, Inc. is a garment contractor.

F. Defendant Ana Loyola Salina is an owner and principal officer of Defendant Active Life Apparel, Inc., and is primarily responsible for its daily operation.

G. Under the FLSA's "Hot Goods" provision, 29 U.S.C. § 215(a)(1), all persons are prohibited from introducing into commerce goods that have been worked on by employees who were not paid the wages required under the FLSA.

H. Following an investigation, on or about May 2022, Wage and Hour investigators notified Defendants that garments made by Defendants and Bombshell Sportswear, LLC, located at 1850 E. 15th Street, Unit B, Los Angeles, CA 90021, were

hot goods and that the Secretary objected to shipment of the goods made into interstate commerce. On or about May 13, 2022, Defendants and Bombshell Sportswear, LLC, agreed to refrain from shipping or selling these goods. On or about May 26, 2022, Bombshell Sportswear, LLC, tendered sufficient funds to Wage and Hour to lift the objection to shipping and selling these goods.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their officers, agents, servants, employees, successor companies, parties in interest, and all persons and entities acting at their direction or in concert or participation with them, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce, within the meaning of FLSA § 3(s), or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not, contrary to FLSA § 15(a)(1), 29 U.S.C. § 215(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee (of Defendants or other(s)) has been employed in violation of the FLSA's minimum wage (29 U.S.C. § 206) or overtime pay provisions (29 U.S.C. § 207).

3. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and

215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

  4. Defendants shall comply with the FLSA, and if not already in effect at the time of entry of this Consent Judgment, shall amend and maintain their payroll practices as follows:

  a. Defendants shall pay all employees on an hourly basis.

  b. Defendants shall accurately record the information required by 29 C.F.R. § 516.2 in the payroll records, including (1) all hours worked by employees each workday and workweek; (2) the rate(s) of pay for each of the hours worked during the workweek; (3) the total weekly straight-time earnings for the hours worked during the workweek; (4) the total premium pay for overtime hours.

  c. Defendants' electronic timekeeping system shall permit employees (as opposed to supervisors) to track their individual work hours daily. The electronic timekeeping system shall be used to calculate hours worked for payroll purposes. If changes in the time records later are required, Defendants shall designate and authorize one or more individuals to correct time entry errors, and the employee must sign off on the change.

  d. Defendants shall pay all employee wages for each pay period with one check and not break up into multiple checks or payments from multiple entities.

  e. Defendants shall maintain all time and payroll records, including any records of cash payments to employees, for a period of not less than three years.

  f. Defendants shall record all wages paid to employees, regardless of the manner of payment, on their payroll records, and any expense reimbursements may be recorded in Defendants' accounting system.

      g.    Defendants shall inform all supervisors, managers, and persons performing payroll duties of the requirements of this Consent Judgment and shall provide a copy of this Consent Judgment to all supervisors, managers, and persons performing payroll duties.

      h.    Defendants shall not alter or manipulate time or payroll records to reduce the number of hours actually worked by an employee, and Defendants shall not encourage workers to under-report their hours worked.

      i.    Defendants shall not direct supervisors, managers or persons performing payroll duties to falsify time or payroll records in any manner including reducing the number of hours worked by employees, and Defendants shall direct their supervisors, managers, and persons performing payroll duties to encourage workers to report all hours worked.

5.    Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way directly or indirectly, demand, require or accept any of the back wages or liquidated damages from any of the employees listed on the attached Exhibit A.  Defendants shall not threaten or imply that adverse action will be taken against any employee because of their receipt of funds due under this Consent Judgment.  Violation of this Paragraph may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

6.    Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them, shall not in any way retaliate or take any adverse employment action, or threaten or imply that adverse action will be taken against any employee who exercises or asserts his or her rights under the FLSA or provides information to any public agency investigating compliance with the FLSA.  Violation of this Paragraph may subject the Defendants to equitable and legal damages, including punitive damages and civil contempt.

7. Defendants shall provide all manufacturers for which they produce goods with a copy of this Consent Judgment.

8. Defendants shall advise the Wage and Hour Division within 30 days of any change in corporate status or name change.

9. Defendants, jointly and severally, shall not continue to withhold the payment of $92,500 in overtime pay hereby found to be due by the Defendants under the FLSA to employees, as a result of their employment by Defendants during the period of June 2021 through May 2022 ("Back Wage Accrual Period").

**FURTHER, JUDGMENT IS HEREBY ENTERED,** pursuant Section 16(c) of the FLSA, 29 U.S.C. § 216(c), in favor of the Secretary and against Defendants in the amount of $185,000. Pursuant to this Judgment, **IT IS HEREBY ORDERED THAT**

10. Defendants shall pay $92,500 in overtime pay hereby due under the FLSA and this Judgment, to employees on Exhibit A. In addition, liquidated damages in the amount of $92,500 are hereby due under the FLSA and Defendants shall pay this amount to the employees on Exhibit A.

11. Defendants will comply with paragraphs 9 and 10 of this judgment by making payments as described in **Exhibit B**. Defendants may pay without penalty all or a portion of the amount owed earlier than the applicable payment date indicated in Exhibit B.

12. Defendants shall make the payments required by this Consent Judgment (plus interest as applicable) online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77761888, or by going to www.pay.gov and searching "WHD Back Wage Payment - WE Region" Payments shall reference Case Number # 1923613.

13. Any monies not distributed to employees, because of an inability to locate the proper persons or because of their refusal to accept it, the Secretary shall deposit the payment into the Treasury of the United States as miscellaneous receipts under 29 U.S.C. § 216(c).

14. Within 15 days of entry of this Consent Judgment, Defendants shall deliver a schedule containing the full name of each employee listed on the attached Exhibit A, the employee's current address or last known address, home phone number, cell phone number, and other known contact information of the employee.

15. The Secretary shall allocate and distribute the funds described in paragraphs 9 and 10, less deductions made by the Secretary for the employees' share of payroll taxes and income tax withholding.

16. In the event of any default in the timely making of any payment due hereunder in excess of five business days, the full amount due under the back wage provisions of this Judgment which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business addresses of Defendants then known to the Secretary with electronic copies also concurrently e-served on Defendants' counsel of record.

17. Within thirty (30) days of the entry of this Judgment, Defendants shall supply all of its employees with copies of the attached Exhibit C. In addition, Defendants shall provide copies of Exhibit C to all new hires and post a copy at work location where it is visible to employees.

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action or claim under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period not specified therein, nor as to any employer other than Defendants.

ORDERED that each party shall bear their own fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended, to the date of entry of the Judgment herein; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: February 10, 2023

_____
Dale S. Fischer
United States District Judge

For the Plaintiff:
MARC A. PILOTIN
Regional Solicitor

*Kathryn Panaccione*

KATHRYN A. PANACCIONE    DATE: 1/23/2023
Trial Attorney

For Defendants:

The Defendants appear and hereby consent to the entry of this Judgment and waive notice by the Clerk of Court.

Active Life Apparel, Inc.

BY: Ana loyola    DATE: 01-17/23

ANA LOYOLA SALINA    DATE: 01/17/23

Approved as to form:

JOSHUA MIZRAHI    DATE: 1/23/23
Attorney for Defendants
Buchalter Law Firm

Exhibit A

Employee List

| Name | Last Name | Back Wages Due | Liquidated Damages | Total Due (BWs + LDs) | Manufacture Paid | Balance Due |
|---|---|---|---|---|---|---|
| DOMITILA | AGUILAR | $2,136.56 | $2,136.56 | $4,273.12 | $1,300.97 | **$2,972.15** |
| WALTER | AJIATAZ | $766.62 | $766.62 | $1,533.24 | $466.80 | **$1,066.44** |
| JOSE | AJQUIMAS | $4,320.44 | $4,320.44 | $8,640.88 | $2,630.75 | **$6,010.13** |
| ALFREDO | ALVARADO | $3,242.70 | $3,242.70 | $6,485.40 | $1,974.51 | **$4,510.89** |
| JUAN | AQUINO | $4,450.56 | $4,450.56 | $8,901.12 | $2,709.98 | **$6,191.14** |
| LEONEL | ARANA | $753.75 | $753.75 | $1,507.50 | $458.96 | **$1,048.54** |
| JUANA | AREVALO | $300.75 | $300.75 | $601.50 | $183.13 | **$418.37** |
| JOSE | BARDUEL | $2,947.15 | $2,947.15 | $5,894.30 | $1,794.54 | **$4,099.76** |
| MARIA TERESA | BARRIENTOS | $1,217.41 | $1,217.41 | $2,434.82 | $741.29 | **$1,693.53** |
| ALMA | BAUTISTA | $414.30 | $414.30 | $828.60 | $252.27 | **$576.33** |
| FRANCISCA | BRITO | $1,856.08 | $1,856.08 | $3,712.16 | $1,130.18 | **$2,581.98** |
| MIGUEL | BRUNO | $5,998.99 | $5,998.99 | $11,997.98 | $3,652.83 | **$8,345.15** |
| MIRIAM | CAMPOS | $59.00 | $59.00 | $118.00 | $35.93 | **$82.07** |
| SUSANA | CAMPOS | $150.00 | $150.00 | $300.00 | $91.34 | **$208.66** |
| ANGELICA | CARDENAS | $171.92 | $171.92 | $343.84 | $104.68 | **$239.16** |
| PEDRO | CAXAJ | $3,170.36 | $3,170.36 | $6,340.72 | $1,930.46 | **$4,410.26** |
| CHARLI | CELIDON | $4,667.72 | $4,667.72 | $9,335.44 | $2,842.21 | **$6,493.23** |
| EVA | CERVANTES | $2,236.17 | $2,236.17 | $4,472.34 | $1,361.62 | **$3,110.72** |
| SOLEDAD | CHAVEZ | $1,728.65 | $1,728.65 | $3,457.30 | $1,052.59 | **$2,404.71** |
| JULIAN | CHAY | $3,768.55 | $3,768.55 | $7,537.10 | $2,294.70 | **$5,242.40** |
| MILTON | ELIAS | $2,310.69 | $2,310.69 | $4,621.38 | $1,407.00 | **$3,214.38** |
| SILVIA | ESPARZA | $1,791.30 | $1,791.30 | $3,582.60 | $1,090.74 | **$2,491.86** |
| ROSA | FLORES | $1,476.75 | $1,476.75 | $2,953.50 | $899.20 | **$2,054.30** |
| DORIS | GARCIA | $150.00 | $150.00 | $300.00 | $91.34 | **$208.66** |
| GONZALO | GARCIA | $132.50 | $132.50 | $265.00 | $80.68 | **$184.32** |
| INES | GARCIA | $94.15 | $94.15 | $188.30 | $57.33 | **$130.97** |
| JAIRO | GARCIA | $133.02 | $133.02 | $266.04 | $81.00 | **$185.04** |
| TERESA | GARCIA | $59.00 | $59.00 | $118.00 | $35.93 | **$82.07** |
| MAGDALENA | GOMEZ | $3,019.25 | $3,019.25 | $6,038.50 | $1,838.45 | **$4,200.05** |
| MARIA ELENA | GONZALES | $41.25 | $41.25 | $82.50 | $25.12 | **$57.38** |
| MAYRA | GONZALES | $2,719.03 | $2,719.03 | $5,438.06 | $1,655.64 | **$3,782.42** |
| YOLANDA | GONZALEZ | $3,712.10 | $3,712.10 | $7,424.20 | $2,260.33 | **$5,163.87** |

Exhibit A

Employee List

| Name | Last Name | Back Wages Due | Liquidated Damages | Total Due (BWs + LDs) | Manufacture Paid | Balance Due |
|---|---|---|---|---|---|---|
| MARIO | GROZCO | $50.00 | $50.00 | $100.00 | $30.45 | $69.55 |
| CARLOS | GUIX | $1,882.50 | $1,882.50 | $3,765.00 | $1,146.27 | $2,618.73 |
| ANDRES | GUSMAN | $108.75 | $108.75 | $217.50 | $66.22 | $151.28 |
| IGNACIA | HERNANDEZ | $103.25 | $103.25 | $206.50 | $62.87 | $143.63 |
| MARGARITA | HERNANDEZ | $112.50 | $112.50 | $225.00 | $68.50 | $156.50 |
| PASCUALA | HERNANDEZ | $416.75 | $416.75 | $833.50 | $253.76 | $579.74 |
| FELIX | HERRERA | $1,265.35 | $1,265.35 | $2,530.70 | $770.48 | $1,760.22 |
| MARI CARMEN | ISIDORA | $1,809.62 | $1,809.62 | $3,619.24 | $1,101.89 | $2,517.35 |
| MIGUEL | JUAREZ | $464.02 | $464.02 | $928.04 | $282.55 | $645.49 |
| ANTONIO | LOPEZ | $2,063.50 | $2,063.50 | $4,127.00 | $1,256.48 | $2,870.52 |
| MARIA | LOPEZ | $77.00 | $77.00 | $154.00 | $46.89 | $107.11 |
| MARTHA | LOPEZ | $114.15 | $114.15 | $228.30 | $69.51 | $158.79 |
| SULEYME | LOPEZ | $228.75 | $228.75 | $457.50 | $139.29 | $318.21 |
| EVANGELINA | MARTINEZ | $1,430.77 | $1,430.77 | $2,861.54 | $871.21 | $1,990.33 |
| SOFIA | MARTINEZ | $50.00 | $50.00 | $100.00 | $30.45 | $69.55 |
| LESBIA | MEDINA | $1,100.55 | $1,100.55 | $2,201.10 | $670.13 | $1,530.97 |
| JUAN | MEJIA | $403.60 | $403.60 | $807.20 | $245.76 | $561.44 |
| LALIS | MEJIA | $211.96 | $211.96 | $423.92 | $129.06 | $294.86 |
| PONCIANO | MEJIA | $4,727.99 | $4,727.99 | $9,455.98 | $2,878.91 | $6,577.07 |
| MAXIMINO | MENDOZA | $2,695.70 | $2,695.70 | $5,391.40 | $1,641.43 | $3,749.97 |
| CARLOS HUMBERTO | MIRANDA | $267.00 | $267.00 | $534.00 | $162.58 | $371.42 |
| MARIA | MONDRAGON | $290.45 | $290.45 | $580.90 | $176.86 | $404.04 |
| SAID | MORALES | $2,388.78 | $2,388.78 | $4,777.56 | $1,454.55 | $3,323.01 |
| JAIME | MORENO | $67.15 | $67.15 | $134.30 | $40.89 | $93.41 |
| MARGARITA | MUNOZ | $2,712.02 | $2,712.02 | $5,424.04 | $1,651.37 | $3,772.67 |
| JUAN DE DIOS | NORIEGA | $1,871.50 | $1,871.50 | $3,743.00 | $1,139.57 | $2,603.43 |
| ANTONIO | NUNEZ | $1,768.14 | $1,768.14 | $3,536.28 | $1,076.63 | $2,459.65 |
| NORMA | OCAMPO | $2,193.88 | $2,193.88 | $4,387.76 | $1,335.87 | $3,051.89 |
| CELIA | OLIVERA | $525.25 | $525.25 | $1,050.50 | $319.83 | $730.67 |
| LILIAM | ORELLANA | $936.00 | $936.00 | $1,872.00 | $569.94 | $1,302.06 |
| MARIO | OROZCO | $219.88 | $219.88 | $439.76 | $133.89 | $305.87 |
| CRISTINA | ORTIZ | $1,302.28 | $1,302.28 | $2,604.56 | $792.97 | $1,811.59 |

Exhibit A

Employee List

| Name | Last Name | Back Wages Due | Liquidated Damages | Total Due (BWs + LDs) | Manufacture Paid | Balance Due |
|---|---|---|---|---|---|---|
| MERCEDES | ORTIZ | $40.00 | $40.00 | $80.00 | $24.36 | **$55.64** |
| AURAL | OYOLA | $170.00 | $170.00 | $340.00 | $103.51 | **$236.49** |
| MANUELA | PACHECO | $1,424.62 | $1,424.62 | $2,849.24 | $867.46 | **$1,981.78** |
| BENITO | PASTOR | $465.00 | $465.00 | $930.00 | $283.14 | **$646.86** |
| MARINA ELIZABEL | PASTOR TZITA | $41.25 | $41.25 | $82.50 | $25.12 | **$57.38** |
| FERNANDO | PAXTOR | $617.25 | $617.25 | $1,234.50 | $375.85 | **$858.65** |
| FLOR | PEDRO | $723.81 | $723.81 | $1,447.62 | $440.73 | **$1,006.89** |
| JOSE | PINA | $133.50 | $133.50 | $267.00 | $81.29 | **$185.71** |
| JOSE | QUINONEZ | $3,453.00 | $3,453.00 | $6,906.00 | $2,102.56 | **$4,803.44** |
| MARTA | QUINTANILLA | $2,086.27 | $2,086.27 | $4,172.54 | $1,270.35 | **$2,902.19** |
| IRMA | RAMIREZ | $154.00 | $154.00 | $308.00 | $93.77 | **$214.23** |
| JOSE | RAMOS | $210.00 | $210.00 | $420.00 | $127.87 | **$292.13** |
| DAVID | RESENDES | $390.00 | $390.00 | $780.00 | $237.47 | **$542.53** |
| CLAUDIA | RIVERA | $2,094.60 | $2,094.60 | $4,189.20 | $1,275.42 | **$2,913.78** |
| ENRIQUETA | SALGADO | $1,266.65 | $1,266.65 | $2,533.30 | $771.27 | **$1,762.03** |
| CARLOS | SAMBRANO | $2,691.00 | $2,691.00 | $5,382.00 | $1,638.57 | **$3,743.43** |
| BEATRIZ | SAMORA | $30.00 | $30.00 | $60.00 | $18.27 | **$41.73** |
| ALBERTO | SANCHEZ | $2,970.32 | $2,970.32 | $5,940.64 | $1,808.65 | **$4,131.99** |
| DAMARIS | SANCHEZ | $244.50 | $244.50 | $489.00 | $148.88 | **$340.12** |
| MARLEN | SILES | $1,144.75 | $1,144.75 | $2,289.50 | $697.05 | **$1,592.45** |
| JESUS | SOLIS | $5,579.75 | $5,579.75 | $11,159.50 | $3,397.55 | **$7,761.95** |
| VICTOR | SORIANO | $1,613.50 | $1,613.50 | $3,227.00 | $982.47 | **$2,244.53** |
| MANUEL | SUAREZ | $133.30 | $133.30 | $266.60 | $81.17 | **$185.43** |
| ENRIQUE | TEJAS | $656.02 | $656.02 | $1,312.04 | $399.46 | **$912.58** |
| MARTHA | TLASECA | $710.90 | $710.90 | $1,421.80 | $432.87 | **$988.93** |
| DANIEL | TZAO | $76.75 | $76.75 | $153.50 | $46.73 | **$106.77** |
| MANUEL | TZUL | $4,861.15 | $4,861.15 | $9,722.30 | $2,959.99 | **$6,762.31** |
| MARIA | VAQUERO | $187.50 | $187.50 | $375.00 | $114.17 | **$260.83** |
| SANTOS | VICENTE | $3,015.15 | $3,015.15 | $6,030.30 | $1,835.95 | **$4,194.35** |
| ANTONIA | ZAYAS | $1,948.75 | $1,948.75 | $3,897.50 | $1,186.61 | **$2,710.89** |
| | | **$132,989.05** | **$132,989.05** | **$265,978.10** | **$80,978.10** | **$185,000.00** |

# EXHIBIT B

**PAYMENT SCHEDULE**

| | |
|---|---|
| Total Amount Due | $265,978.10 |
| Amount paid by Bombshell Sportswear, LLC | $80,978.10 |
| Down Payment | $90,000.00 |
| Amount Still Due | $95,000.00 |
| Interest Rate | 1.00% |
| Period In Years | 1.6 |
| Start Date of Payments | 12/31/2022 |

**PAYMENT SUMMARY**

| | |
|---|---|
| Monthly Payment | $5,630.24 |
| Number of Payments | 17 |
| Total interest | $714.08 |
| Total Cost of Payment | $95,714.08 |

| Employer Name: | Active Life Apparel Inc. | Case ID Number: | 1963981 |
|---|---|---|---|

| PMT NO. | PAYMENT DATE | BEGINNING BALANCE | PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 1 | 12/31/2022 | $95,000.00 | $5,630.24 | $5,551.07 | $79.17 | $89,448.93 |
| 2 | 1/31/2023 | $89,448.93 | $5,630.24 | $5,555.70 | $74.54 | $83,893.23 |
| 3 | 2/28/2023 | $83,893.23 | $5,630.24 | $5,560.33 | $69.91 | $78,332.90 |
| 4 | 3/28/2023 | $78,332.90 | $5,630.24 | $5,564.96 | $65.28 | $72,767.94 |
| 5 | 4/28/2023 | $72,767.94 | $5,630.24 | $5,569.60 | $60.64 | $67,198.34 |
| 6 | 5/28/2023 | $67,198.34 | $5,630.24 | $5,574.24 | $56.00 | $61,624.09 |
| 7 | 6/28/2023 | $61,624.09 | $5,630.24 | $5,578.89 | $51.35 | $56,045.21 |
| 8 | 7/28/2023 | $56,045.21 | $5,630.24 | $5,583.54 | $46.70 | $50,461.67 |
| 9 | 8/28/2023 | $50,461.67 | $5,630.24 | $5,588.19 | $42.05 | $44,873.48 |
| 10 | 9/28/2023 | $44,873.48 | $5,630.24 | $5,592.85 | $37.39 | $39,280.64 |
| 11 | 10/28/2023 | $39,280.64 | $5,630.24 | $5,597.51 | $32.73 | $33,683.13 |
| 12 | 11/28/2023 | $33,683.13 | $5,630.24 | $5,602.17 | $28.07 | $28,080.96 |
| 13 | 12/28/2023 | $28,080.96 | $5,630.24 | $5,606.84 | $23.40 | $22,474.12 |
| 14 | 1/28/2024 | $22,474.12 | $5,630.24 | $5,611.51 | $18.73 | $16,862.61 |
| 15 | 2/28/2024 | $16,862.61 | $5,630.24 | $5,616.19 | $14.05 | $11,246.42 |
| 16 | 3/28/2024 | $11,246.42 | $5,630.24 | $5,620.87 | $9.37 | $5,625.55 |
| 17 | 4/28/2024 | $5,625.55 | $5,630.24 | $5,625.55 | $4.69 | $0.00 |

# **EXHIBIT C**

### **LEGAL NOTICE TO ALL EMPLOYEES**

The **Fair Labor Standards Act** provides that all employees must be paid **minimum wage** for all hours worked. In addition, employees must be paid **overtime**, at a rate of time and one half their regular rate, for the hours they work over 40 in a workweek. All employees, whether they are paid **hourly** or on a **piece rate** basis are entitled to an overtime premium when they work over 40 hours.

To resolve a lawsuit brought by the **Department of Labor**, **Active Life Apparel, Inc.** and **Ana Loyola** agreed to compensate their employees in accordance with the Fair Labor Standards Act, and the **United States District Court** entered an Order forbidding **Active Life Apparel, Inc.** a garment contractor, or **Ana Loyola** from shipping goods for their label on which employees were not paid the minimum wage or overtime required by the **Fair Labor Standards Act**.

All employees who work in this establishment should report violations of minimum wage and overtime to the U.S. Department of Labor, Wage and Hour Division, at (702) 388-6001. Your name will not be disclosed.

# <u>Exhibit C</u>
(Spanish)

**NOTICIA LEGAL A TODOS LOS EMPLEADOS**

La Ley de **Norma Justas de Trabajo** determina que se les debe pagar a todos los empleados el sueldo mínimo por todas las horas que ellos trabajen. A la vez, también estipula que cada empleado que trabaje sobre tiempo, más de 40 horas en una semana laboral, se les deberá pagar a tiempo y medio de lo que ganen por cada hora de sobre tiempo trabajada. Todos los empleados, independientemente de que se les pague por hora o por pieza, tienen derecho a que se les pague prima sobre tiempo cuando trabajan más de 40 horas en una semana laboral.

Para resolver una demanda laboral iniciada por el Departamento Del Trabajo, la corte del Distrito de los Estados Unidos expidió una orden que prohíbe a **Active Life Apparel, Inc.**, una fábrica de ropa, o **Ana Loyola**, de enviar la producción de etiquetas a sus distribuidores si en la fabricación de dichos productos no se les pago a los empleados el sueldo mínimo o el sobre tiempo requerido por la **Ley de Norma Justas de Trabajo**.

Si usted piensa que no se le pago de acuerdo a lo que la ley indica, por favor llama al Departamento del Trabajo de los Estados Unidos, División de Horas y Salarios al (702) 388-6001. Su nombre se mantendrá confidencial.